Cameron M. Hancock (5389)
Thad D. Seegmiller (12229)
KIRTON McCONKIE
Kirton McConkie Building
50 E. South Temple, 4th Floor
Salt Lake City, Utah 84111
Telephone:  (801) 328-3600
chancock@kmclaw.com
tseegmiller@kmclaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SORENSON IMPACT FOUNDATION, and JAMES LEE SORENSON FAMILY FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL STOCK TRANSFER & TRUST, TASSEL PARENT, INC, and HOLLAND & KNIGHT, LLP,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 2:20-cv-0521-HCN-JCB<br><br>District Judge Howard C. Nelson, Jr.<br>Magistrate Judge Jared C. Bennett |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiffs SORENSON IMPACT FOUNDATION and JAMES LEE SORENSON FAMILY FOUNDATION, the only plaintiffs in this matter, voluntarily dismiss their Complaint against all Defendants, without prejudice, and thereby dismiss the above-captioned case, in its entirety.  There are no answers, counterclaims, crossclaims, third-party claims, or motions and no other parties have appeared.

Where "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either answer or a motion for summary judgment," nothing further is required and this action is dismissed without prejudice.

DATED this 26th day of October, 2020.

                                  KIRTON McCONKIE

                                  /s/ Cameron M. Hancock
                                  Cameron M. Hancock
                                  Thad D. Seegmiller
                                  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2020, I caused a true and correct copy of the foregoing **MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE** to be filed with the Court's CM/ECF system, which notified all counsel of record.

/s/ Cameron M. Hancock